THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Christopher Lee
 Deaner, Appellant.
 
 
 

Appeal From Charleston County
Roger M. Young, Circuit Court Judge

Unpublished Opinion No. 2011-UP-472
 Submitted October 1, 2011  Filed October
26, 2011    

AFFIRMED

 
 
 
 Chief Appellate Defender Robert M. Dudek,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Deborah R.J. Shupe, all of Columbia; and
 Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Christopher
 Lee Deaner appeals the circuit court's denial of his motion to dismiss, arguing
 the circuit court erred in refusing to dismiss the charges against him under
 the Interstate Agreement on Detainer Act (IAD) when the State failed to bring
 the case to trial or move for a continuance within 180 days from the time
 Deaner requested final disposition of his outstanding warrant.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v.
 Tucker, 376 S.C. 412, 418, 656 S.E.2d 403, 406-07
 (Ct. App. 2008) (holding that by proceeding with a guilty
 plea, a defendant implicitly waives "any and all defects regarding his
 return to state custody under the IAD").
AFFIRMED.
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.